E. BRIGHT WILSON, as Receiver of 20 TO 28 WEST 72ND STREET CO., INC., Respondent, v. BERNARD-BORNSTEIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNIE STEIN, Appellant, v. ROBERT BROWN, Respondent.— Order modified by providing that motion is granted upon payment by defendant of all taxable costs to date, including ten dollars costs of motion at Special Term, within ten days from service of order, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant; if said provisions be not complied with, order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: CHAPIN NATIONAL BANK OF SPRINGFIELD, MASS., Judgment Creditor, Plaintiff, v. ALBERT H. BRONNER, Judgment Debtor, Defendant. SAMUEL EISEMAN & CO., INC., Third Party, Appellant; REBECCA L. KING, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LITTLE QUEEN HAT COMPANY, INC.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY E. BLACK, as Administratrix, etc., of MICHAEL J. LAFFEY, Deceased, v. GREENWICH BANK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMPIRE STATE HOLDING CORPORATION v. BERFELD CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELIZABETH C. HUDSON v. PERCY K. HUDSON.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNEST SCHULMAN v. JOSEPH ESKIND.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEAN H. LALLEMAND and Another, Individually and as Copartners, etc., v. MUTUAL CHEMICAL COMPANY OF AMERICA.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER C. SHOYER v. NEW YORK ATHLETIC CLUB.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL ISENBERG and Another v. EPHRAIM FLESCHER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM H. SCOTT v. UNITED STATES CASUALTY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING LEVINE and Another v. VINCENT MASCATIELLO and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.